1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                       **FOR THE DISTRICT OF ARIZONA**

8

9    Jason Beck,                              No. CV-11-0090-TUC-RCC

10                    Petitioner,             **ORDER**

11   v.

12   Richard A Bock, et al.,

13                    Respondents.

14

15        Pending before the Court is Petitioner Jason Beck's Petition for Writ of Habeas

16   Corpus (Doc. 1) and Magistrate Judge Jacqueline M. Rateau's Report and

17   Recommendation (R & R) (Doc. 29).   The parties did not file objections to Judge

18   Rateau's R & R.   The Court accepts and adopts Magistrate Judge Rateau's August 7,

19   2013 R & R (Doc. 29) as the findings of fact and conclusions of law of this Court and

20   denies Petitioner's Petition for Writ of Habeas Corpus (Doc. 1).

21   **I.    Background**

22        The factual and procedural background in this case is thoroughly detailed in

23   Magistrate Judge Rateau's R & R (Doc. 29).   This Court full incorporates by reference

24   the "Factual and Procedural Background" section of the R&R into this Order.

25   **II.   Discussion**

26        The duties of the district court in connection with a R & R are set forth in Rule 72

27   of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). The district court may

28   "accept, reject, or modify the recommended disposition; receive further evidence; or

1   return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3); 28

2   U.S.C. § 636(b)(1).

3          Where the parties object to an R & R, "[a] judge of the [district] court shall make a

4   de novo determination of those portions of the [R & R] to which objection is made." 28

5   U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).  When no objection

6   is filed, the district court need not review the R & R de novo. *Wang v. Masaitis,* 416 F.3d

7   992, 1000 n. 13 (9th Cir.2005); *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121-22

8   (9th Cir.2003) (en banc).   Therefore to the extent that no objection has been made,

9   arguments to the contrary have been waived. *McCall v. Andrus,* 628 F.2d 1185, 1187 (9th

10  Cir.1980) (failure to object to Magistrate's report waives right to do so on appeal); *see*

11  *also,* Advisory Committee Notes to Fed.R.Civ.P. 72 (citing *Campbell v. United States*

12  *Dist. Court,* 501 F.2d 196, 206 (9th Cir.1974) (when no timely objection is filed, the

13  court need only satisfy itself that there is no clear error on the face of the record in order

14  to accept the recommendation).

15         The Court will not disturb a magistrate judge's order unless his factual findings

16  are clearly erroneous or his legal conclusions are contrary to law. 28 U.S.C. §

17  636(b)(1)(A). "[T]he magistrate judge's decision…is entitled to great deference by the

18  district court." *U.S. v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir. 2001).  A failure to

19  raise an objection waives all objections to the magistrate judge's findings of fact.  *Turner*

20  *v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).  A failure to object to a Magistrate Judge's

21  conclusion "is a factor to be weighed in considering the propriety of finding waiver of an

22  issue on appeal."  *Id.* (internal citations omitted).

23         The parties have not objected to the R & R (Doc.  29), which relieves the Court of

24  its obligation to review. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

25  Cir.2003); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1) ] does not ...

26  require any review at all ... of any issue that is not the subject of an objection.");

27  Fed.R.Civ.P. 72(b)(3) ("The district judge must determine de novo any part of the

28  magistrate judge's disposition that has been properly objected to."). This Court considers

- 2 -

1   the R & R to be thorough and well-reasoned.  After a thorough and de novo review of the

2   record, the Court will ADOPT the R & R of Magistrate Judge Rateau (Doc. 29).

3          Accordingly,

4          **IT IS HEREBY ORDERED** that Magistrate Judge Rateau's Report and

5   Recommendation (Doc. 29) is **ACCEPTED** and **ADOPTED** as the findings of fact and

6   conclusions of law by this Court;

7          **IT IS FURTHER ORDERED** Petitioner's Petition for Writ of Habeas Corpus

8   (Doc. 1) is **denied** without leave to amend, and this action is **dismissed with prejudice**,

9   and the Clerk should enter judgment and close this case.

10         DATED this 17th day of October, 2013.

11

12

13

14   _____

15                           Raner C. Collins
                      Chief United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28